# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

NATALIE ALLEN,

            Plaintiff,

v.

APPLETON RENTAL HOMES, LLC,

            Defendant.

Case No. 21-CV-1128-JPS

**ORDER**

      On September 29, 2021, Plaintiff filed a complaint alleging violations of the Fair Labor Standards Act and Wisconsin's Wage Payment and Collection Laws. (Docket #1). On December 28, 2021, the parties signed and filed a stipulation of dismissal of this action with prejudice and without costs. (Docket #9). The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Accordingly,

      **IT IS ORDERED** that the parties' stipulation of dismissal (Docket #9) be and the same is hereby **ADOPTED**; and

      **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

      Dated at Milwaukee, Wisconsin, this 29th day of December, 2021.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge